**ORTIZ v. CASE FARMS OF N.C., INC.**

[350 N.C. 306 (1999)]

GASPAR ORTIZ, PETITIONER v. CASE FARMS OF N.C., INC. AND EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, RESPONDENTS

No. 456PA98

(Filed 9 April 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 130 N.C. App. 759, 508 S.E.2d 845 (1998), affirming an order entered by Beal, J., on 30 October 1997 in Superior Court, Burke County. Heard in the Supreme Court 10 March 1999.

*Phyllis A. Palmieri & Associates, by Phyllis A. Palmieri, and Estelle McKee for petitioner-appellee.*

*C. Coleman Billingsley, Jr., for respondent-appellant Employment Security Commission; Edwards, Ballard, Clark, Barrett, and Carlson, P.A., by Terry A. Clark and J. Andrew Williams, for respondent-appellant Case Farms of N.C.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.